IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NUPRO TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Defendant. | Misc. Case No. 08-113-GMS <br><br> Re: NuPro Technologies, Inc. v. E.I. du Pont Nemours and Company No. 1:06-CV-1061-NCT-PTS (M.D.N.C.) |

### AFFIDAVIT OF MAILING

STATE OF DELAWARE   )
                    ) ss:
COUNTY OF NEW CASTLE )

David E. Moore, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware. I am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for Movant Cynthia Bautista Stouffer.

2. On June 13, 2008, I caused the following documents to be electronically mailed and hand delivered to Respondent Nupro Technologies Inc., c/o G. Gray Wilson, Kevin B. Cartledge and Brian Focht, Wilson & Coffey, LLP, 110 Oakwood Drive, Suite 400, Winston-Salem, NC 27103: (1) Non-Party Witness' Motion for a Protective Order and, in the Alternative, Motion to Quash Subpoena of Cynthia Bautista Stouffer (D.I. 1); (2) Memorandum in Support of Non-Party Witness' Motion for a Protective Order and, in the Alternative; Motion to Quash Subpoena of Cynthia Bautista Stouffer (D.I. 2); and (3) Declaration of Jason Wenker in Support of Non-Party Witness' Motion for a Protective Order, and, in the Alternative, Motion to

Quash Subpoena of Cynthia Bautista Stouffer (D.I. 3). *See* Ex. A. The documents were received by Nupro Technologies Inc., c/o G. Gray Wilson, Kevin B. Cartledge and Brian Focht, Wilson & Coffey, LLP on June 12, 2008. *See* Ex. A.

Dated: June 24, 2008

_____
David E. Moore (#3983)

SWORN AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public
My commission expires: 4-9-2012

871154 / 20120-481

# EXHIBIT A

## Tarantino, Nicole M.

| | |
|---|---|
| **From:** | Barger, Leah [LBARGER@KilpatrickStockton.com] |
| **Sent:** | Friday, June 13, 2008 10:06 AM |
| **To:** | Moore, David E. |
| **Subject:** | NuPro v. DuPont |
| **Attachments:** | Civil Cover Sheet.pdf; Mtn to Quash.pdf; Memorandum.pdf; Wenker Declaration.pdf; Consent Form.pdf |

**From:** Barger, Leah
**Sent:** Thursday, June 12, 2008 4:48 PM
**To:** G. Gray Wilson (gwilson@wilsoncoffey.com); Kevin B. Cartledge (kcartledge@wilsoncoffey.com); 'bfocht@wilsoncoffey.com'
**Cc:** Taylor, Dan; Deem, Tonya; Wenker, Jason
**Subject:** NuPro v. DuPont

Re:   <u>NuPro Technologies, Inc. v. E.I. du Pont de Nemours and Company</u>
        U.S.D.C./M.D.N.C. 1:06-CV-1061-NCT-PTS

**Please see the attached documents in the referenced case.**



KILPATRICK
STOCKTON LLP
Attorneys at Law

**Leah Barger, Secretary for**
**Jason M. Wenker (607-7416)**
**Kilpatrick Stockton LLP**
**1001 West Fourth Street**
**Winston-Salem, NC 27101-2400**
**t 336 607 7396**
**f 336 734 2625**

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 336 607 7300, and destroy the original transmission and its attachments without reading or saving in any matter.

**Barger, Leah**

| | |
|---|---|
| From: | Kevin Cartledge [KCartledge@wilsoncoffey.com] |
| To: | Barger, Leah |
| Sent: | Thursday, June 12, 2008 10:02 PM |
| Subject: | Read: NuPro v. DuPont |

Your message

    To:          KCartledge@wilsoncoffey.com
    Subject:

was read on 6/12/2008 10:02 PM.

## Barger, Leah

| | |
|---|---|
| **From:** | **Brian Focht [bfocht@wilsoncoffey.com]** |
| **Sent:** | **Thursday, June 12, 2008 5:12 PM** |
| **Subject:** | **Read: NuPro v. DuPont** |

Your message

    To:        bfocht@wilsoncoffey.com
    Subject:

was read on 6/12/2008 5:12 PM.

| | KILPATRICK STOCKTON LLP | |
|---|---|---|
| ✓ DELIVERY | | ☐ PICK-UP |

| NAME | CLIENT MATTER NO. |
|---|---|
| G. Gray Wilson / Kevin Cartledge | 20044/337412 |

ADDRESS: Wilson & Coffey, LLP

DIRECTIONS: 110 Oakwood Drive, Ste 400

OTHER INSTRUCTIONS: Winston-Salem, NC 27103

| DEADLINE FOR DELIVERY/PICK-UP: | DATE/TIME: 6/12 by 5:00p |
|---|---|
| FROM: Jason Wenker | DATE/TIME: 6/12 by 5:00p |
| COURIER: JW    RECEIVED BY: Linda Olk | DATE/TIME: 6/12/8 |

THIS FORM MUST ACCOMPANY ALL HAND DELIVERIES